12/18/2025 11:58 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-006792
Rosa Oneal

**Cause No. D-1-GN-25-006792**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/5/2026 10:08:05 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **JENNIFER FERRELL BRANTLEY** | § § § § § § § § § § § § § § § § § § § § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | | |
| v. | | |
| | | **OF TRAVIS COUNTY, TEXAS** |
| **MELISSA JONES-WOMMACK**, *in her* | | |
| *official capacity as Acting Executive* | | |
| *Director of Student Conduct and Academic* | | |
| *Integrity, and* **DR. MICHAEL SCOTT** | | **201st JUDICIAL DISTRICT** |
| **WOLFORD**, *in his official capacity as* | | |
| *Professor of Government,* | | |
| *Defendants.* | | |

---

## NOTICE OF APPEAL

---

Plaintiff Jennifer Ferrell Brantley gives notice of appeal from the Order Granting

Defendants' Plea to the Jurisdiction and Dismissing the Case with Prejudice, signed on

December 18, 2025. The appeal is taken to the Fifteenth Court of Appeals, Austin, Texas.

Respectfully,

Jennifer Ferrell Brantley

Plaintiff, Pro Se

brantley.jennifer@gmail.com

945-544-7519

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 109257517
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF APPEAL
Status as of 12/18/2025 1:07 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Quennette Rose | | Quennette.Rose@oag.texas.gov | 12/18/2025 11:58:51 AM | SENT |
| Quennette Rose | | Quennette.Rose@oag.texas.gov | 12/18/2025 11:58:51 AM | SENT |
| Stephen DeVinney | | stephen.devinney@oag.texas.gov | 12/18/2025 11:58:51 AM | SENT |
| Stephen DeVinney | | stephen.devinney@oag.texas.gov | 12/18/2025 11:58:51 AM | SENT |
| Jennifer Brantley | | brantley.jennifer@gmail.com | 12/18/2025 11:58:51 AM | SENT |
| Stephen DeVinney | | stephen.devinney@oag.texas.gov | 12/18/2025 11:58:51 AM | SENT |
| Stephen DeVinney | | stephen.devinney@oag.texas.gov | 12/18/2025 11:58:51 AM | SENT |